UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
NOT FOR PUBLICATION
-----------------------------------------------------------------x
TARZIA QUARLES,

            Plaintiff,

            -against-

WAYNE MURPHY, Chief Director; RUSSELL
JONES, FBI Director; CHRISTOPHER, FBI
Director; JOHN BRENNAN, FBI Director; and
JAMES CLAPPER, FBI Director,

            Defendants.
-----------------------------------------------------------------x

**MEMORANDUM AND ORDER**

17-CV-76 (AMD)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 0 6 2016 ★

BROOKLYN OFFICE

ANN M. DONNELLY, District Judge:

Tarzia Quarles filed this *pro se* action on January 3, 2017. Her request to proceed *in forma pauperis* is granted for the limited purpose of this Order, but, for the reasons set forth below, the action is dismissed.

## BACKGROUND

The plaintiff brings this complaint against five individuals identified as directors at the Federal Bureau of Investigations ("FBI"), as well as other "anonymous" defendants. (Compl. at 2-3.)[1] She alleges that, since June of 2006, the defendants have "continuously" violated her Fourth Amendment rights in the following ways: "(1) spying on [her] with civilian cameras on the streets, (2) wiretapping [her] phone, (3) using an audio device to listen to [her] in [her] apartment." (*Id.* at 7.) She further alleges that these rights violations have been discriminatory in nature. (*Id.* at 9.) She requests that the government "take the audio device off of [her] and stop invading [her] privacy in wiretapping phone music plus following [her] in lots of other personal things." (*Id.* at 10.)

---

1 The pages of the standard form and the addenda are not consecutively paginated. The Court refers to the numbers assigned by the Electronic Case Filing ("ECF") System.

## DISCUSSION

As plaintiff is proceeding *pro se,* the complaint is held to less stringent standards than pleadings drafted by lawyers, *Erickson v. Pardus,* 551 U.S. 89, 94 (2007), and the court is obliged to construe the pleadings liberally and to interpret them as raising the strongest arguments they suggest, *Pabon v. Wright,* 459 F.3d 241, 248 (2d Cir. 2006). If a liberal reading of the complaint "gives any indication that a valid claim might be stated," the court must grant leave to amend the complaint. *See Cuoco v. Moritsugu,* 222 F.3d 99, 112 (2d Cir. 2000) (internal quotation marks and citation omitted).

A district court shall dismiss an *in forma pauperis* action where the court determines that the action "(i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). An action is frivolous when "either: (1) the factual contentions are clearly baseless, such as when allegations are the product of delusion or fantasy; or (2) the claim is based on an indisputably meritless legal theory." *Livingston v. Adirondack Beverage Co.,* 141 F.3d 434, 437 (2d Cir. 1998) (internal quotations and citations omitted). "[A] finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible." *Denton v. Hernandez,* 504 U.S. 25, 33 (1992).

The plaintiff does not support her claims of constant FBI surveillance with any specific factual allegations. I find that her assertions of audio and video monitoring "rise to the level of the irrational or the wholly incredible." *Denton,* 504 U.S. at 33. Accordingly, the action "is frivolous or malicious" and must be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

## CONCLUSION

For the reasons set forth above, the plaintiff's complaint is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). The court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of any appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962). The Clerk of Court is respectfully directed to enter judgment and close this case.

SO ORDERED.

s/Ann M. Donnelly
Ann M. Donnelly
United States District Judge

Dated: Brooklyn, New York
March 6, 2017